# Criminal Case Cover Sheet

**FILED:** | UNDER SEAL (E-GOVT ACT) |

# U.S. District Court

CH

**Place of Offense:**                ☒ **Under Seal**

**Judge Assigned:**

City: | N/A (extraterritorial) |   Superseding Indictment: | |   **Criminal No.** | 1:19-MJ- 231 |

County: | N/A (extraterritorial) |   Same Defendant: | |   New Defendant: | |

Magistrate Judge Case No. | |   **Arraignment Date:** | |

Search Warrant Case No. | |   R. 20/R. 40 From: | |

## Defendant Information:

**Defendant Name:** | Allison Elizabeth Fluke-Ekren |   Alias(es): | Umm Mohammed |   ☐ Juvenile   FBI No. | 857253JC9 |

**Address:** | N/A (may be located in Syria) |

Employment: | N/A |

**Birth Date:** | XXXXX/1979 |   **SSN:** | XXXXXXX9852 |   **Sex:** | Female |   Race: | White |   Nationality: | USA |

**Place of Birth:** | Lawrence, KS |   Height: | 5'6" |   Weight: | 135 |   Hair: | Brown |   Eyes: | Blue |   Scars/Tattoos: | |

☐ Interpreter  **Language/Dialect:** | N/A |   Auto Description: | N/A |

## Location/Status:

**Arrest Date:** | |   ☐ Already in Federal Custody as of: | |   in: | |

☐ Already in State Custody      ☐ On Pretrial Release      ☒ Not in Custody

☒ Arrest Warrant Requested      ☐ Fugitive      ☐ Summons Requested

☐ Arrest Warrant Pending      ☐ Detention Sought      ☐ Bond | |

## Defense Counsel Information:

**Name:** | N/A |   ☐ Court Appointed   Counsel Conflicts: | |

Address: | |   ☐ Retained   | |

Phone: | |   ☐ Public Defender   ☐ Federal Public Conflicted Out |

## U.S. Attorney Information:

**AUSA(s):** | Raj Parekh and John Gibbs |   **Phone:** | (703) 299-3725 |   Bar No. | |

## Complaint Agency - Address & Phone No. or Person & Title:

| Federal Bureau of Investigation, Washington Field Office, 9325 Discovery Blvd, Manassas, VA 20109 |

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2339B | Providing Material Support to ISIS | 1 | Felony |
| Set 2: | | | | |
| **Date:** | 5/15/2019 | **AUSA Signature:** | *[signature]* | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form