AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT **COPY**

for the

Eastern District of Virginia

**UNDER SEAL**

United States of America
v.

ALLISON ELIZABETH FLUKE-EKREN,
a/k/a Allison Elizabeth Brooks, Allison Ekren, Umm
Mohammed al-Amriki, Umm Mohammed, and
Umm Jabril

Defendant

)
)
)
)
)
)
)

Case No.   1:19-mj-231

## ARREST WARRANT

**COPY**

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALLISON ELIZABETH FLUKE-EKREN                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ☑ Complaint

❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

Providing and conspiring to provide material support or resources, including personnel (including herself) and services, to
a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham (ISIS).

In violation of Title 18, United States Code, Section 2339B.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date:      05/15/2019

_____
Issuing officer's signature

City and state:    Alexandria, Virginia

Hon. Theresa Carroll Buchanan
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____<br>Arresting officer's signature |
|                                                    _____<br>Printed name and title |