AO 442 (Rev. 11/11) Arrest Warrant

*10888430*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

RECEIVED

2022 JAN 31  A 11: 36

**UNDER SEAL**

ORIGINAL
USMS

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:19-mj-231 |
| ALLISON ELIZABETH FLUKE-EKREN, | ) | |
| a/k/a Allison Elizabeth Brooks, Allison Ekren, Umm | ) | |
| Mohammed al-Amriki, Umm Mohammed, and | ) | |
| Umm Jabril | ) | |
| *Defendant* | | |

ORIGINAL
USMS

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ALLISON ELIZABETH FLUKE-EKREN                                         ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information    ☑ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Providing and conspiring to provide material support or resources, including personnel (including herself) and services, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham (ISIS).

In violation of Title 18, United States Code, Section 2339B.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date:      05/15/2019

*Issuing officer's signature*

City and state:    Alexandria, Virginia                              Hon. Theresa Carroll Buchanan
                                                                                                *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  May 20, 2019 , and the person was arrested on *(date)*  1/28/2022 |
| at *(city and state)*  Alexandria, VA . |
| Date:  1/31/2022 |
| *Arresting officer's signature* |
| Brian Czekala  Special Agent |
| *Printed name and title* |