|                                   | TYPE OF HEARING: __PH__ |
|---|---|
|                                   | CASE NUMBER: 1:19-mj-231 |
|                                   | MAGISTRATE JUDGE: Ivan D. Davis |
|                                   | DATE: 2/3/2022 |
|                                   | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA      | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

      VS.

Allison Elizabeth Fluke-Ekren

Govt Counsel: Raj Parekh and John Gibbs

Deft Counsel: Joseph King

Duty AFPD:

Interpreter:

Deft informed of rights, charges, and penalties ( )
Deft informed of rights, and violations ( )
Court to appoint counsel:( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny ( )

Matter came on for a PH/DH. Deft waives PH. Court finds PC. Matter continued for further proceedings before the Grand Jury.

BOND:

Deft does not contest detention. Deft remanded to the custody of the USMS.

**NEXT COURT APPEARANCE:**