FILED
IN OPEN COURT

JUN - 7 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:22-cr-92 |
| ALLISON FLUKE-EKREN, | ) |
| a/k/a "Allison Ekren," | ) |
| a/k/a "Umm Mohammed al-Amriki," | ) |
| a/k/a "Umm Mohammed," | ) |
| | ) |
| Defendant. | ) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about 2014, and continuing thereafter up through and including in or about May 2019, in an offense committed outside of the jurisdiction of any particular State or district of the United States, the defendant ALLISON FLUKE-EKREN, a/k/a, "Allison Ekren," a/k/a "Umm Mohammed al-Amriki," and a/k/a "Umm Mohammed," who was first brought to and found in the Eastern District of Virginia, and others known and unknown, did conspire to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely, personnel (including herself) and services, to a foreign terrorist organization – namely, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the United States Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act – knowing that ISIS was a designated foreign terrorist organization, that ISIS engages in or has engaged in terrorist activity, and that ISIS engages and has engaged in terrorism.

1

(All in violation of Title 18, United States Code, Section 2339B).

Jessica D. Aber
United States Attorney

By:

Raj Parekh
First Assistant United States Attorney
John Gibbs
Assistant United States Attorney
Eastern District of Virginia

2