**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **Case No. 1:22-cr-92** |
| | : | |
| **ALLISON FLUKE-EKREN,** | : | |
| | : | |
| **Defendant.** | : | |

DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW
MOTION FOR RELEASE PENDING SENTENCING

Comes Now, Defendant, by counsel, and respectfully moves the Court to grant

Defendant leave to withdraw her previously-filed Motion for Release Pending Sentencing

(Document No. 38), filed August 12, 2022.

Said Motion contained citations to grand jury testimony, protected by Rule 6(e), and

identified a government witness by their initials rather than as "CW-1."

Immediately upon this being brought to counsel's attention, undersigned counsel

contacted the clerk's office and requested the motion be sealed so as not to be publicly available.

Counsel now requests the Court permit the Defendant to withdraw the filing (Document No. 38),

so that a Corrected Motion for Release Pending Sentencing, omitting the offending citations, can

be filed in its stead.  Attorney Raj Parekh for the United States does not object to this motion.

A proposed Order is attached hereto.

WHEREFORE, the Defendant respectfully moves the Court for leave to withdraw her previously-filed Motion for Release Pending Sentencing (Document No. 38), filed August 12, 2022.

Respectfully submitted,

_____/s/_____
Sean A. Sherlock (VSB# 82633)
Joseph King (VSB# 65632)
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
(703) 683-7070
Fax: (703) 652-6010
sean@kingcampbell.com
jking@kingcampbell.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and thereby forwarded to all counsel of record on this 15th day of August 2022.

_____/s/_____
Sean A. Sherlock (VSB# 82633)
Joseph King (VSB# 65632)
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
(703) 683-7070
Fax: (703) 652-6010
sean@kingcampbell.com
jking@kingcampbell.com

2