9/19/2022
To: The Judge, as well as anyone who must ever deal with my mother, Allison Fluke-Ekren.
From: Gabriel Fluke /s/

I spent the first 14 years of my life with my mother, Including several years overseas. Of course I know her well, as anyone knows the one who raised them. I know that she is going to say Volkan was responsible for everything, that she is a victim, and that she only did what she had to in order to survive, and protect her family. She is lying. My mother is a monster who enjoys torturing children for sexual pleasure. My mother is a monster very skilled in manipulation and controlling her emotions to her advantage. My mother is a monster without love for her children, without an excuse for her actions. My mother is solely responsible for both the decision to go to the middle east, as well as her actions once there. What follows is a short and very much abbreviated outline of who she is and what she's done. I have told and described many more instances of abuse and her actions to others.

From when my mother and father divorced when I was 3, she was extremely abusive. She would lock me in tight spaces for long enough that I would have no choice but to use the restroom where I was. She would hit me for any reason that came to her, or no reason at all. But worst of all was the extended instances of torture. This torture was not usually done as punishment, but purely for her pleasure. squeezing and hitting testicles, salt and chemicals in cuts, just plain physical abuse. Whatever it was that grabbed her fancy that day would be what she did until she was brought to satisfaction. The only time there was relief was when we were in the presence of an outsider. But even then, when we were alone in the house, or she thought she could get away with it, the torture would begin. Extended periods without would frustrate her, and make the torture worse when it began again. She was usually good at not leaving marks that couldn't be blamed on me, but most of all she was good at manipulating others whenever they should have started getting a clue. If a someone showed up while she was torturing, she would be able to instantly come up with some reason for why i was in the state i was in, such as i was throwing a tantrum about something, or i had fallen while jumping around, and with extremely impressive skill, instantly show all the concern and fretting/exhausted behavior one would expect from a mother dealing with whatever situation she just made up. Anything I tried saying in such a situation was framed as me trying to force what I want. Or something my dad had probably told me to say.

When I was 4 was the first time I properly managed to articulate what was being done to me. I told my fathers parents what had been going on when I was at their house as I began to get time with my father, who was living in their basement. When my mother        came to pick me up, she dragged me into the kitchen to ask what I had told them. I wasn't there to see them confront her, and I was an idiot then. So I told her the truth, that I had told them what she was doing. This enraged her, and she began to strangle me. I was confused, I didn't understand what she was doing. To my young mind it was just another form of torture. I do not remember the moment I lost consciousness. All I remember is how hard it was to

climb the stairs of the basement my father was staying in (he wasn't in the house at the time) And that when i reached the living room, where my mother and grandparents were sitting, she panicked and quickly left with me and my sister. Had she known you are supposed to keep strangling after someone loses consciousness, I would have died. This would not be the last time she attempted to murder me in a fit of rage. Punishment for trying to tell others what was going on was always the most extreme.

This type of torture and abuse was her standard behavior for my entire time with her. But matched with it was emotional manipulation and abuse. Extensive gas lighting, attempting to turn us siblings against each other, lording who was her favorite child over the others and having us compete for affection. Making up reasons she was going to punish us, and then forcing siblings to blame each other and play along to avoid torture, and so much more. It was all a game to her, and one that she got better at playing as time went on.

The gas lighting wasn't just for the games she played, but for covering up her mistakes when she went too far. Such as one occasion, when my little brother ██████ was just about to turn one years old. He threw a tantrum over a bowl of spaghetti, and chucked it off the table. The ensuing 'punishment' broke his arm. She blamed me for it. Her stories were varied depending on who she was talking to and in what context. From that i had broken it myself, to that it was neglect on my part that had resulted in his arm being broken. This became one of the stories she would use for the rest of my life to de-legitimize me to others in preparation for my snitching, and one of the things she would 'punish' me for later. Forcing me to confess that I was responsible repeatedly. This is an example of her early inexperience as well, as later on in life she would be better at keeping stories straight. She always got away with anything she did to her students as well. I recall her trying to smooth things over with the principle of the mosque school in Kansas city she taught at for 'getting out of line' with her students. She was trying to convince him it was all just a misunderstanding.

My mother has always been good at controlling others. She had a systematized method of gradually getting others to stoop to her level of malice. For example, Volkan (her second husband) was a decent person when they first met. Extremely naive, and ignorant of things, but he had decent intentions at first. My mother hid her preferences from him for a time, only gradually escalating things and testing the waters until Volkan stopped smoking. She then used the frustration and poor mood he was in to pressure him into beating us for being bad the first time. It wasn't bad, just minor hits. She said that he would be a bad father if he didn't. That this was a necessary thing for parents to do. However, a few days later, she made him do it again but worse. Saying that he had to hit us, or it would mean he was wrong last time he hit us. And like this she continued gradually getting him to escalate. Always framed as a 'if you don't do this, it means it was wrong when you did that' and normalizing violence. Volkan would never be a person who tortured for fun as she did. He only hurt us when he felt like she was forcing him to, or when he was frustrated he would typically just smack me or pick me up and throw me into a wall if he felt like I was being annoying. Nothing remotely compared to what she would do. My mother had many friends and her own father and stepmother completely wrapped around her finger, to ignore any actions she took and

help her cover up for her mistakes and when her children tried to get help through this method of gradual degradation of morals and standards.

When Volkan had just finished schooling and gotten a very good job in Toledo Ohio. However, my mothers cons and poor decisions were catching up to her. She was the one who decided we needed to move to Egypt. I remember very clearly their fights about it. Volkan did not want to move. She forced the issue, threatening to divorce him and take his children there anyways, among many other things. When we did get to Egypt, Volkan had no job opportunities there, and my mother held all the power. She used the job she had gotten in Egypt, working at a small startup school for rich children to con and steal as much as she could from the school, as well as from family and her friends. However, this money was always burned instantly on dumb attempts at 'power' or 'influence'. She had no clue what she was doing there or how to get into actual criminal activities. When she lost her job at the school after the year, and we ended up outside the compound, she became more desperate in her schemes to become 'powerful'. I suspect it was that first year in the compound that she became enamored with the idea of slavery, and through it the Islamic extremist ideologies that enabled the slave trade. As in my time with her most of her schemes and attempts at power seemed to play in trying to get in on things from that angle. Shortly after this Volkan left for 'religious education' and ended up in becoming a terrorist. I suspect he was encouraged into it by her, so that she could get into a trade that was a man's world in the middle east, as she pressured him into going to Egypt in the first place.

when I was 13 or so. I came home one day to find Volkan there, and Allison was looking extremely pleased. Volkan told me that I needed to go visit some people who were unrelated to anything. He said he would take me to get a cab. I was expecting to be murdered, but didn't have a choice and so followed. When on the street, an extremely nice vehicle pulled up, and he told me this was my cab, and to get in. I distinctly remember saying it didn't look like any cab. It turned out i had been sold as a sex slave to a likely 18-20 year old rich kid from a compound. The kid had no idea how it was supposed to go, and expected that i would be a willing and submissive slave. He didn't even have a gun with him, just a knife. Given how poorly planned, and how beginner everything was, combined with the look on my mothers face as compared to Volkans reaction when I returned a few hours later. As well as how much more this fit with Allisons methodology and how out of character it would have been for Volkan to initiate the sale to a homosexual, I believe Allison was the architect of this incident and not Volkan. she continued to want to be 'in' with the slave trade, and would begin to acquire slaves of her own, and start to actually make headway into things just a year later. A path that would eventually lead her to the chains she now sits in. A path that she could have stopped walking at any point. A path i for a fact know she had opportunities to leave after becoming a terrorist.

Over the years, having gotten away with so much. Time and time again a child would snitch, she'd mess up or get caught, end up in a bad situation and then bullshit and luck her way out of it. This grew exponentially in Egypt. This had the effect of causing her to start becoming delusional, believing she is a people master, and chosen in some way. That she is the most special person on the planet and that all she has to do is put on an act and spout some lies to get away with

anything. I would be surprised if this sense of delusional invincibility wasn't immensely increased by her time with ISIS and in Syria. Making her now more of a risk in a lot of ways.

My mother is a threat to all those incapable of fighting back. She is a threat to anyone she finds a chance to manipulate. She has the full responsibility and blood of the actions of Volkan on her hands. She has the blood, pain, and suffering of all of her children on her hands. I will never see most of my siblings again. Countless others have had their lives irrevocably worsened by her existence. I do not know of a single life improved by it. I know her and I know she wants to lie her way out of this, to get a slap on the wrist and try to use a sob story to once again get power and access to victims. Please, do not allow her to go free. She needs the maximum punishment, so that she can never again hurt anyone else.

Sincerely Gabriel Fluke /s/