# PLACE HOLDER FOR EXHIBIT 1
# FILED UNDER SEAL