# PLACE HOLDER FOR EXHIBIT 2
# FILED UNDER SEAL