# PLACE HOLDER FOR EXHIBIT 3
# FILED UNDER SEAL