# PLACE HOLDER FOR EXHIBIT 4
# FILED UNDER SEAL