# PLACE HOLDER FOR EXHIBIT 5
## FILED UNDER SEAL