IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

vs.

ALLISON FLUKE-EKREN,

Defendant.

CASE NO. 1:22-cr-92 (LMB)

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS 1 TO 5 TO HER POSITION ON SENTENCING UNDER SEAL

Comes Now, Defendant, by counsel, and pursuant to Local Criminal Rule 49(e), respectfully moves this Court to permit the Defendant to file Exhibits 1 to 5 to her Position on Sentencing (ECF #55) under seal. Sealing of the exhibits is necessary as they contains sensitive and confidential information pertaining to witnesses and the Defendant. This motion is unopposed by the United States.

A proposed Order is attached hereto.

Respectfully submitted,

_____/s/_____
Sean A. Sherlock (VSB# 82633)
Joseph King (VSB# 65632)
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
(703) 683-7070
Fax: (703) 652-6010
sean@kingcampbell.com
jking@kingcampbell.com

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading has been electronically filed with the Clerk by CM/ECF system, which will send notification of such filing to all counsel of record on this 20th day of October, 2022.



Joseph King