IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | CASE NO. 1:22-cr-92 (LMB) |
| ALLISON FLUKE-EKREN, | |
| Defendant. | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Leave to File Exhibits 1 to 5 to her Position on Sentencing Under Seal, it is hereby

ORDERED, that the Defendant's Motion is granted and the Clerk of the Court is directed to permit the filing of Exhibits 1 to 5 to her Position on Sentencing (ECF #55) under seal where the exhibits contains sensitive and confidential information pertaining to witnesses and the Defendant.

_____
Judge