**SENTENCING HEARING**                              Judge Leonie M. Brinkema
Date: 11/01/22                                      Reporter: S. Austin
Time: 11:00 to 1:00
      1:10 to 2:25

**UNITED STATES of AMERICA**        CASE NUMBER: 1:22cr92
Vs.

 Allison Elizabeth Fluke-Ekren

Counsel for Govt.: Raj Parekh, John Gibbs
Counsel for Deft.: Joseph King, Sean Sherlock
Defendant's objections to PSIR – overruled
Govt's Motion to Unseal Victim Impact Statements – Granted, 2 letters (redacted) submitted to the Court, to be substituted for Exhibits 1 and 2 of Docket Entry 47.
Deft's objection to audio being played - overruled

**SENTENCING GUIDELINES**:
Offense Level: 41
Criminal History: VI
Imprisonment Range: 360 months to Life (240 months restricted)
Supervised Release Range: 2 years to Life
Fine Range: up to $250,000.00
Special Assessment: $ 100.00

Sentencing argument heard.
Govt exhibits 1 and 2 made a part of the record
Deft exhibits A, B, and C made a part of the record and to be placed Under Seal
Victim Leyla Ekren addressed the court
Victim Gabriel Fluke addressed the court

**JUDGMENT of the COURT**:
BOP for 240 months, with credit for time served from 1/28/2022.
Supervised Release for 25 Years
Special Assessment: $ 100.00
Fine/Costs Waived [✓]

**SPECIAL CONDITIONS**:

1. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The defendant shall fully comply with any therapy, medication, or in or out-patient treatment as directed. The defendant shall waive all rights of privacy concerning her treatment to enable the probation officer to consult with the mental health provider so they can monitor her progress and compliance. The cost and fees for this evaluation and treatment are waived.

2. The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer or internet-capable device to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the

    computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant, to the extent she is able.

3. The defendant shall submit to a search of her person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision, upon prior notification to and approval by the court or with a warrant.

4. The defendant's written online communications, if any, shall be conducted in the English language, unless the defendant receives the approval of the supervising officer.

5. The defendant shall not communicate or otherwise interact in person, through a third party; by telephone or mail, electronic or otherwise; or through social media websites and applications with any individual known to be associated with an extremist organization, including, but not limited to, the Islamic State of Iraq and al-Sham (ISIS).

6. The defendant shall not promote or disseminate any terroristic views.

7. The defendant shall provide the probation officer access to any requested financial information.

8. The defendant shall have no contact, or cause any person to have contact, with Leyla Ekren, Gabriel Fluke, Mark Brooks, Alice Brooks, Susie Brooks, Dylan Brooks, and James Fluke.

**RECOMMENDATION TO BOP**:

The Court recommends that the Bureau of Prisons take into consideration the defendant's mental health needs.

Defendant notified of appeal rights.

Deft remanded.