

الرقـــم : 1679‑ن

التاريخ : 30 / 04 /1438 هـ

الموافق: 29 / 01 /2017 مـ

**الدولة الإسلامية**

**ولاية الرقة**

**مكتب الوالي**



بسم الله الرحمن الرحيم

إلى / الإخوة في مركز الأسرى والشهداء

م / توجيه

الحمد للّه وحده والصلاة والسلام على من لا نبي بعده أمّا بعد:

السّلام عليكم ورحمة اللّه وبركاته:

ردّاً على كتابكم ذو الرقم / ص‑1516/ نعلمكم انه لا مانع لدينا من ضم مكتب نساء الرقة لمركز الأسرى والشهداء.

‑ ملاحظة، ........ لن تربه ذم مع بذ مرتجم.

سائلين اللّه أن ينفع به الإسلام والمسلمين.

التوقيع والخاتم





UNCLASSIFIED

[Begin Full Translation]

[Page 1 of 1]

Islamic State                                      Number: 1679-N
Wilayah of Ar Raqqah [TC: Syria]                   Date: 30/04/1438
Office of the Wali                                 Corresponding: 29 JAN 2017

In the name of Allah, the Most Merciful, the Most Compassionate
To / Members of the Detainees and Martyrs Center
M [TC: Subject] / Direction

Praise be to Allah only and peace and prayers be upon the last prophet, thereafter:

Peace be upon you, Allah's mercy and blessings:

In response to your letter number /S-1516/, we would like to inform you that we have no objection to the merging of Ar Raqqah Women Office to the Detainees and Martyrs Center.

Note [TC: handwritten note]: The Women Office belongs to [TC: or possibly where Umm-Muhammad works] Umm-Muhammad al-Amrikiyah [TC: United States].

We ask Allah to make it beneficial for Islam and Muslims.

Stamp and Signature

[TC: stamp]

Islamic State
Wilayah of Ar Raqqah
Office of the Wali

[TC: handwritten signature and date]
Abu-Faysal / 1438 [TC: 3 OCT 2016- 21 SEP 2017]

[End Full Translation]

UNCLASSIFIED

السلام عليكم ورحمة الله وبركاته

من خينا الوالي حفظه الله ورعاه وسدد الله خطاه

بخصوص الأخوات وتدريبهم

درسي كالتالي : قاعة ، وسلاح ، وسيارة ، مواصلات .

الأخوات : بحاجة

ولا : لياقة بدنية

...: تعبد على القيادة .

...: التدريب على السلاح والرمي لأن أكثرهم لا يعرف فك وتركيب السلاح

رابعا : دورات شرعية ، لأن كثير ممن تقدمت إلى طلب العمليات تم يخضعن لدورات شرعية

... مع الأخت أم أحمد الأفريقي قلت لأن الأعداد في ازدياد فهي سوف تدرب عدة أخوات على السلاح

وسوف تقسم الأخوات على عدة مجموعات فهي سوف تقوم فقط بالتدريب على السلاح .

وأنت سوف تأتي بأخوات يقومن بتدريب الأخوات على اللياقة البدنية

وقلت لم أحمد الأفريقي أنا أريد أن أكون ممن تقوم بتنفيذ عملية استشهادية

وكذلك عرض الأخوات أم حفصة المقدسية ، أم سعد الأمريكية بأنهن مستعدات أن تساعد في تعليم الأخوات

على القيادة . حتى الأخت أم حفصة المقدسية قالت مستعدة أن أشارك بسيارتي في التعليم

برجو أن نتواصل مع ديوان الدعوة ونساعد من أجل أن يرسلوا لنا أخت من أجل الدورات الشرعية





EXHIBIT

2

UNCLASSIFIED

[Begin Full Translation]

[Page 1 of 1]

May the peace, mercy, and blessings of Allah be upon you

To our brother the Wali, May Allah protect, guard, and guide him.

Regarding the sisters and their training

I require the following: a hall, a weapon, a vehicle, and communications.

The sisters need:

First: Physical fitness.

Second: Drivers education.

Third: Training on weapons and shooting, because many of them do not know how to dismantle and assemble weapons.

Fourth: Sharia courses, because most of the applicants who have requested operations have not undergone a sharia course.

I met with sister Umm-Ahmad al-Afriqi [TC: Africa], and she stated that the numbers are now increasing, so she will divide the sisters into groups and will only provide them with weapon training. She also said she would bring in other sisters to provide physical training for the sisters.

Umm-Ahmad al-Afriqi states that she wants to be the first to carry out a suicide operation.

Umm-Hafs al-Maqdisiyah [TC: Israel, West Bank or Gaza Strip] and Umm-Muhammad al-Amrikiyah [TC: United States] have stated that they are ready to help teach the sisters how to drive. Umm-Hafs al-Maqdisiyah even said that she could to use her own car to teach the sisters. We are obliged to request that the Diwan of Proselytization and Mosques assign us a sister to teach the sharia courses.

[TC: Handwritten notes]

- A letter to the Real Estate Center instructing them to provide a suitable training hall for the sisters.
- Issue them a car for training.
- Issue them a rifle with a magazine and ammunition.
- A letter to the Proselytization Center instructing them to assign a sister to teach the sharia course, and to coordinate with Umm-Ahmad al-Afriqiyah.
- Determine how many suicide vests the sisters need.

[TC: red stamp and signature of Abu-'Abdallah, the Wali of Ar Raqqah, dated 2 Rabi' al-Awwal 1438 [TC: 02 DEC 2016]]

[End Full Translation]

UNCLASSIFIED